IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOSÉ SOTO,

    Plaintiff,

v.

Case No. 17-cv-551-jdp

NANCY WHITE, JEFFREY MANLOVE,
DONNA LARSON, BELINDA
SCHRUBBE, ANN YORK, GAIL
WALTZ, AMY GUNDERSON, ANN
SCARPITA, and CHRYSTAL
MARCHANT ,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 9/25/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |