IN THE UNITED STATES COURT OF APPEALS
FOR THE WESTERN DISTRICT OF WISCONSIN

DOC NO
REC'D/FILED
2019 OCT 28 AM 11:15
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

JOSE SOTO,

    Plaintiff-Appellant,

V.                           Case No. 17-CV-551.

NANCY WHITE, JEFFREY MANLOVE,
DONNA LARSON, BELINDA SHCRUBBE,
ANN YORK, GAIL WALTZ, AMY
GUNDERSON, ANN SCARPITA, AND CRYSTAL MARCHANT,

    Defendants.

---

**NOTICE OF APPEAL FROM JUDGEMENT ON SUMMARY JUDGMENT ENTERED ON SEPTEMBER 25, 2019.**

---

Notice is hereby given that, Jose Soto, appearing as a PRO SE prisoner and Plaintiff-appellant in the above captioned case, appeals from the order and judgement entered in the United States District Court For The Western District Of Wisconsin on September 25, 2019, granting Summary Judgment in favor of above named defendants and Denying Soto same.

Dated this 22nd day of October, 2019.

Respectfully Submitted By:

/s/ Jose Soto 10/22/19
(Jose Soto- Pro Se) #307830
Waupun Corr. Inst.
P.O. BOX 351
Waupun, Wisconsin 53963-0351

CC: ALL PARTIES.